Jacinto **BERMUDEZ**, Christine Hood, and Rafael Pedraza, Plaintiffs,

v.

**FIRST OF AMERICA BANK–CHAMPION, N.A., f/k/a Champion Federal Savings and Loan Association, Defendant.**

No. 93 C 3653.

United States District Court, N.D. Illinois, Eastern Division.

March 22, 1995.

Daniel A. Edelman, Cathleen M. Combs, J. Eric Vander Arend, Michelle A. Weinberg, Edelman & Combs, Chicago, IL, for plaintiffs.

John W. Allen, Lawrence J. Murphy, Leonard W. Sachs, Howard & Howard Attorneys, P.C., Kalamazoo, MI, Christine M. Drylie, McDermott, Will & Emery, Chicago, IL, for defendant.

*STIPULATED ORDER FOR WITHDRAWAL OF AUGUST 11, 1994 MEMORANDUM OPINION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT*

CASTILLO, District Judge.

Pursuant to Rule 60 of the Federal Rules of Civil Procedure and Section 3.16 of the Stipulation and Agreement of Compromise and Settlement, approved by the Court February 14, 1995, the Court hereby withdraws its Memorandum Opinion and Order of August 11, 1994 denying Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.